JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>                Plaintiff, ) <br> ) <br>    v.                 ) <br> ) <br> $35,017 IN UNITED        ) <br> STATES CURRENCY,      ) <br> ) <br>                Defendant. ) <br> ) | No. C 10-0995 RS <br><br> STIPULATION AND ORDER <br> RE: SCHEDULING |

     The parties agree, subject to the Court's approval, to reschedule the hearing to August 26, 2010 at 1:30 p.m. on the pending motions of the United States for entry of a default judgment filed on June 16, 2010 and of claimant to set aside the Clerk's default filed on July 1, 2010.  Unless the hearing is changed, it is currently scheduled for August 5, 2010.

     The Court previously granted the parties' request to reschedule the hearing from July 23, 2010 to August  5, 2010.  *See* Stipulation and Order Re:Scheduling, filed July 12, 2010. Unfortunately, the undersigned Assistant United States Attorney did not carefully check her

1  schedule when the parties agreed upon a new date, and she will be leaving for a business trip and
2  vacation on August 4, 2010, returning after the close of business on August 20, 2010.  Accordingly,
3  the parties request that the hearing on the motion be rescheduled for August 26, 2010.

5  IT IS SO STIPULATED:                                    JOSEPH P. RUSSONIELLO
                                                            United States Attorney

8  Dated:  July 14, 2010                                         /s/
                                                            PATRICIA J. KENNEY
                                                            Assistant United States Attorney

11 Dated:  July 14, 2010                                         /s/
                                                            DENNIS P. FITZPATRICK
                                                            Attorney for Diane Lang and
                                                              Keith Michael Lang

14 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS  15th
15 DAY OF JULY, 2010, THAT THE HEARING ON THE PENDING MOTIONS IS
16 RESCHEDULED FOR AUGUST 26, 2010 AT 1:30 P.M.

                                                            HONORABLE RICHARD SEEBORG
                                                            United States District Judge

Stipulation & Order
No. C 10-0995 RS                           2