1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Criminal Chief

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone:  415.436.6857
7     Facsimile:   415.436.6748

8  Attorneys for the United States of America

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )
14                                     )
                         Plaintiff,    )        No. C 10-0995 RS
15                                     )
            v.                         )
16                                     )        STIPULATION AND ORDER
   $35,017 IN UNITED                   )        RE: SCHEDULING
17 STATES CURRENCY,                    )
                                       )
18                       Defendant.    )
                                       )
19 _____)
                                       )
20 DIANE LANG AND KEITH MICHAEL        )
   LANG,                               )
21                                     )
                         Claimants.    )
22                                     )
   _____)
23

1    The parties agree, subject to the Court's approval, to reschedule the November 4, 2010 case
2 management conference to November 18, 2010 at 10:00 a.m. The undersigned Assistant United
3 States Attorney has a previously scheduled hearing on a number of motions in *United States v.*
4 *$49,790,* No. 08-01654 VRW at 10:00 a.m. on November 4, 2010 which conflicts with the
5 November 4, 2010 case management conference recently scheduled by this Court.  Counsel for
6 claimants graciously agreed to the rescheduling.

8   IT IS SO STIPULATED:                    MELINDA HAAG
                                            United States Attorney

10  Dated:  October 18, 2010                        /s/
                                            PATRICIA J. KENNEY
11                                          Assistant United States Attorney

13  Dated:  October 18, 2010                        /s/
                                            DENNIS P. FITZPATRICK
14                                          Attorney for Diane Lang and
                                                Keith Michael Lang

17  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __19th__
18  DAY OF OCTOBER, 2010, THAT THE CASE MANAGEMENT CONFERENCE IS
19  RESCHEDULED FOR ~~NOVEMBER 18~~ December 2, 2010 AT 10:00 A.M.

                                            HONORABLE RICHARD SEEBORG
                                            United States District Judge

                                            [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Richard Seeborg]

Stipulation & Order
No. C 10-0995 RS                    2