MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415.436.6857
Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $35,017 IN UNITED STATES CURRENCY, <br><br> Defendant. <br><br> DIANE LANG AND KEITH MICHAEL LANG, <br><br> Claimants. | No. C 10-0995 RS <br><br> STIPULATION AND ORDER RE: SCHEDULING |

The parties agree, subject to the Court's approval, to reschedule the December 2, 2010 case management conference to December 16, 2010 at 10:00 a.m. Although the parties previously agreed to reschedule the CMC, the Court wrote in a new date "December 2, 2010." In the process of preparing the case management conference statement, the undersigned Assistant United States Attorney first realized that she has a conflict and will be out of town in New York, New York, from December 1 through December 6, returning to the office on December 7, 2010. Although the parties prefer December 16, they can be available at the convenience of the Court on any Thursday in December, except December 2 and December 9. Counsel for claimants, who is unavailable on December 9, graciously agreed to the rescheduling.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: November 22, 2010

_____
PATRICIA J. KENNEY
Assistant United States Attorney

Dated: November 22, 2010

_____
DENNIS P. FITZPATRICK
Attorney for Diane Lang and
Keith Michael Lang

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS __22nd__ DAY OF NOVEMBER, 2010, THAT THE CASE MANAGEMENT CONFERENCE IS RESCHEDULED FOR DECEMBER 16, 2010 AT 10:00 A.M.

Dated: 11/22/10

_____
HONORABLE RICHARD SEEBORG
United States District Judge

The parties agree, subject to the Court's approval, to reschedule the December 2, 2010 case management conference to December 16, 2010 at 10:00 a.m. Although the parties previously agreed to reschedule the CMC, the Court wrote in a new date "December 2, 2010." In the process of preparing the case management conference statement, the undersigned Assistant United States Attorney first realized that she has a conflict and will be out of town in New York, New York, from December 1 through December 6, returning to the office on December 7, 2010. Although the parties prefer December 16, they can be available at the convenience of the Court on any Thursday in December, except December 2 and December 9. Counsel for claimants, who is unavailable on December 9, graciously agreed to the rescheduling.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: November 22, 2010

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: November 22, 2010

DENNIS P. FITZPATRICK
Attorney for Diane Lang and
Keith Michael Lang

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ DAY OF NOVEMBER, 2010, THAT THE CASE MANAGEMENT CONFERENCE IS RESCHEDULED FOR DECEMBER 16, 2010 AT 10:00 A.M.

HONORABLE RICHARD SEEBORG
United States District Judge