MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile: 415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

\*\*E-Filed 4/27/11\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                  Plaintiff, )<br>                   v.                 )<br>$35,017 IN UNITED STATES )<br>CURRENCY, )<br>                                Defendant. )<br>_____ )<br>DIANE LANG AND )<br>KEITH MICHAEL LANG, )<br>                                Claimants. )<br>_____ ) | No. 10-CV-0995 RS<br><br>ORDER |

1  UPON CONSIDERATION of the Joint Case Management Statement and the entire record,
2  and for good cause shown, it is by the Court on this __27th__ day of April, 2011,
3  ORDERED that the case management conference currently scheduled for April 28, 2011 be,
4  and hereby, is rescheduled for June 23, 2011.



Order
No. 10-CV-0995 RS                   2