1  MELINDA HAAG (CSBN 132612)
   United States Attorney

2  MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748

8  Attorneys for the United States of America

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,       )
14                                 )
                       Plaintiff,  )         No. C 10-0995 RS
15                                 )
           v.                      )
16                                 )         STIPULATION AND ORDER RE: THE
   $35,017 IN UNITED               )         SCHEDULING OF A SETTLEMENT
17 STATES CURRENCY,                )         CONFERENCE, AND RESCHEDULING
                                   )         A CASE MANAGEMENT CONFERENCE
18                     Defendant.  )          AS MODIFIED BY THE COURT
                                   )
19                                 )
                                   )
20 DIANE LANG AND KEITH MICHAEL    )
   LANG,                           )
21                                 )
                       Claimants.  )
22                                 )
                                   )
23

24

25

26

27

28

1  The parties agree, subject to the Court's approval, to the scheduling of a settlement
2  conference with Chief Magistrate Judge Maria-Elena James, and taking the case management
3  conference scheduled for June 23, 2011 off calendar until after the settlement conference has taken
4  place. The United States took the depositions of claimants and two of their sons in May. The parties
5  informally discussed the possibility of settlement toward the end of the two days of depositions, but
6  were unable to reach an agreement. Because the parties agree that a settlement may be possible if
7  there is a settlement conference with a Magistrate Judge, they would like the opportunity to explore
8  the possibility of settlement at such a conference. The United States, however, requests that the
9  settlement conference be scheduled only on a Wednesday, Thursday or Friday because the officer
10 involved in this case is a local law enforcement office who works Wednesday through Sunday.

IT IS SO STIPULATED:                MELINDA HAAG
                                    United States Attorney

Dated: June 7, 2011                         /s/
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney

Dated: June 7, 2011                         /s/
                                    DENNIS P. FITZPATRICK
                                    Attorney for Diane Lang and
                                      Keith Michael Lang

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ DAY OF JUNE, 2011, THAT THE PARTIES ARE DIRECTED TO PROVIDE A COPY OF THIS STIPULATION TO CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES, TO CALL THE COURTROOM CLERK OF MAGISTRATE JAMES TO REQUEST THE SCHEDULING OF A SETTLEMENT CONFERENCE, ~~AND THEREAFTER TO CALL THIS COURT'S COURTROOM CLERK TO RE-SCHEDULE A CASE MANAGEMENT CONFERENCE WITHIN 30 DAYS AFTER THE SETTLEMENT CONFERENCE.~~ A CASE MANAGEMENT CONFERENCE SHALL BE HELD ON 9/1/11 AT 10:00 A.M. THE PARTIES SHALL FILE A JOINT STATEMENT AT LEAST ONE WEEK PRIOR TO THE CMC.

                                    _____
                                    HONORABLE RICHARD SEEBORG
                                    United States District Judge

Stipulation & Order
No. C 10-0995 RS                    2