1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
   MIRANDA KANE (CSBN 150630)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: 415.436.6857
7      Facsimile:  415.436.6748

8  Attorneys for the United States of America

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,            )
                                        )
13                 Plaintiff,           )           No. C 10-0995 RS (MEJ)
            v.                          )
14                                      )
   $35,017 IN UNITED                    )           SETTLEMENT AGREEMENT
15 STATES CURRENCY,                     )
                                        )
16                 Defendant.           )
                                        )
17 ─────────────────────────────────── )
   DIANE LANG AND KEITH MICHAEL         )
18 LANG,                                )
                                        )
19                 Claimants.           )
                                        )
20 ─────────────────────────────────── )

21

22      The parties stipulate and agree as follows:

23      1.      Plaintiff is the United States of America ("United States"). Defendant is $35,017

24 in United States Currency. Claimants are Diane Lang and her husband, Keith Michael Lang. The

25 United States and claimants are hereafter referred to as the "parties" in this document which is

26 hereinafter referred to as the "Settlement Agreement" or "Agreement."

27      2.      After full and open discussion, the parties agree to resolve any and all claims against

28 defendant $35,017, as well as against any and all past and present officials, employees and agents

of the United States, including those at the United States Department of Justice, and the Drug Enforcement Administration, the San Jose Police Department or their agents arising out of the seizure of defendant $35,017, the allegations in the civil Complaint for Forfeiture, and the forfeiture contemplated by this Settlement Agreement.

3. The parties have agreed that the resolution of this lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement which shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4. In order to resolve this case without the expense of further litigation, the parties have agreed that the $14,517 of defendant $35,017 shall be forfeited to the United States and that the United States shall return the remainder, $20,500, to claimants less any debt which claimant Diane Lang or claimant Keith Michael Lange owes to the United States, any agency of the United States, or to any agency or entity for which the United States is authorized to collect debts. Whether the $20,500 is returned to claimants or whether it is used in whole or in part to satisfy any debt claimants owe, that $20,500 shall be in full settlement and satisfaction of any and all claims which claimants, their heirs, representatives and assignees made or could have made in the civil case. To the extent that funds are returned to claimants, the United States shall do so by a wire transfer to the account of their attorney, Dennis Fitzpatrick, based on account information which Mr. Fitzpatrick agrees to supply to the United States.

5. The parties agree that claimants Diane Lang and Keith Michael Lang release and discharge the United States, the Drug Enforcement Administration and the San Jose Police Department, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown,

1  arising out of the seizure of defendant $35,017 in United States currency, the allegations in the civil
2  Complaint for Forfeiture or the forfeiture contemplated by this Settlement Agreement.

3      6.    The parties also agree that claimants Diane Lang and Keith Michael Lang shall hold
4  harmless the United States, the Drug Enforcement Administration and the San Jose Police
5  Department, including their agents, officers, representatives and employees, as well as any and all
6  other state and local law enforcement officials, for any and all acts directly or indirectly related to
7  the seizure of defendant $35,017, the allegations in the civil Complaint for Forfeiture and the
8  forfeiture contemplated by this Settlement Agreement.

9      7.    The United States and claimants Diane Lang and Keith Michael Lang agree that each
10 party shall pay its own attorneys' fees and costs.

11     8.    Based on the foregoing, the parties agree that the Court enter the proposed Judgment
12 of Forfeiture forfeiting the $14,517 in United States currency and dismissing the instant civil action
13 as to the remaining $20,500 in United States currency.

IT IS SO STIPULATED:

Dated: 10/18, 2011

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for plaintiff United States

Dated: 10/18, 2011

DENNIS FITZPATRICK
Attorney for claimants Diane Lang
And Keith Michael Lang

Dated: 10/18, 2011

DIANE LANG
Claimant

Dated: 10-18, 2011

KEITH MICHAEL LANG
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 20 DAY OF October, 2011.

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

Settlement Agreement
No. C 10-0995 RS (MEJ)    3